IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>MARK RANDALL,<br><br>　　　　Defendant. | CR09-5466RJB<br><br><br>ORDER DENYING MOTION FOR<br>JUDGMENT OF ACQUITTAL |

　　　This matter comes before the court on defendant's Motion for Judgment of Acquittal (Dkt. 125).  The court has considered the motion, the government's opposition thereto (Dkt. 126), the events of the trial and the contents of the file.

　　　The evidence adduced at trial was sufficient.  Considering that evidence now in the light most favorable to the plaintiff, the court finds that the evidence and reasonable inferences that may be drawn from that evidence, is of a quality and quantity sufficient to support the convictions returned by the jury's verdict herein.  Accordingly, it is now

　　　ORDERED that defendant's Motion for Judgment of Acquittal (Dkt. 125) is DENIED.

　　　The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address

　　　Dated this 3rd day of May, 2010.

　　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　United States District Judge